# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC | § § | |
| v. | § § § | Case No. 2:21-cv-345-JRG-RSP |
| XEROX CORPORATION | § | |

### APPENDIX TO PLAINTIFF'S RESPONSE TO
### DEFENDANT'S MOTION TO DISMISS (DKT. 14)

Dated:  December 3, 2021            Respectfully submitted,

> By: */s/ Cabrach J. Connor*
> Cabrach J. Connor
> State Bar No. 24036390
> Cab@CLandS.com
> Jennifer Tatum Lee
> State Bar No. 24046950
> Jennifer@CLandS.com
> John M. Shumaker
> State Bar No. 24046950
> John@CLandS.com
> **CONNOR LEE & SHUMAKER PLLC**
> 609 Castle Ridge Road, Suite 450
> Austin, Texas 78746
> 512.646.2060 Telephone
> 888.387.1134 Facsimile
> **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 3, 2021, with a copy of this document via the Court's CM/ECF.

> */s/ Cabrach J. Connor*
> Cabrach J. Connor

## TABLE OF CONTENTS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Xerox FreeFlow Web Services Training Online brochure from Xerox website. |
| 2 | Photographs of Xerox location at 1945 Lakepointe Drive, Lewisville, Texas |
| 3 | Printouts from the Denton County Central Appraisal District website for 1945 Lakepointe Drive, Lewisville, Texas 75057 |
| 4 | Website listing Xerox training center in Lewisville, Texas. |
| 5 | Copy of Mack Steven's LinkedIn |
| 6 | Xerox job posting for Docucare Associate II-Beaumont, Texas |
| 7 | Xerox job posting for Docucare Associate II-Beaumont, Texas |
| 8 | Xerox job posting for Field Service Technician Tyler, Texas |
| 9 | Xerox job posting – Field Service Technician, Longview, TX |
| 10 | Xerox job posting – Field Service Technician, Palestine, TX |
| 11 | Xerox job posting – Field Service Technician, Tyler, TX |
| 12 | Declaration of Preston Morgan |
| 13 | Printouts from the Xerox website listing of agents and partners in the District |
| 14 | Printouts from the Xerox website listing Criteria First DocuShare Reseller Partner |
| 15 | Printouts from the Xerox website listing Premier Partners |
| 16 | Printouts from the Texas Secretary of State website of Xerox UCC filings |
| 17 | UCC financing statements filed by Xerox at the Texas Secretary of State |
| 18 | List of Xerox partners, agents, resellers and providers |
| 19 | Xerox brochures and printouts from the Xerox website |
| 20 | Xerox 2019 Global Partner Program brochure |
| 21 | Xerox Authorized Sales Agents, Platinum brochure |
| 22 | Xerox Partner Financial Assistance brochure |
| 23 | Xerox Global Partner Program brochure |
| 24 | Xerox Channel Partner Program announcement |
| 25 | Printouts from the Tyler Area Chamber of Commerce and Gainesville Area Chamber of Commerce |
| 26 | Signage photographs |
| 27 | LinkedIn printouts for Xerox employees |
| 28 | LinkedIn printouts for Xerox employees Scott Borlinghaus and James Reasor |
| 29 | Criteria First website and LinkedIn pages |
| 30 | LinkedIn pages for named inventors:  Tsaur, Gallagher, Testa, Foygel |
| 31 | Amit Singhai Declaration |
| 32 | Jiebo Luo Declaration |

| 33 | List of patents, cases and printouts of docket sheets |
| 34 | Matt DelGiorno Declaration |
| 35 | Obituary for David Gotham |
| 36 | Printouts from Document Solutions website and LinkedIn pages |
| 37 | Printouts from Edge Office Products website and LinkedIn pages |
| 38 | Parker Print Solutions LinkedIn pages |
| 39 | Texas Secretary of State printouts and LinkedIn pages for third party licensing companies |
| 40 | Printouts from Google maps and Expedia |
| 41 | Declaration of Jennifer Tatum Lee |