# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK<br>VENTURES, LLC<br>   Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>   Defendant. | §<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 1

**Business Development Services**
Workflow Services



# FreeFlow® Web Services Training
## Online and open for business



Want to maximize your profit and strengthen your customer relationships? We thought so. Successful digital printers know that online, e-commerce print solutions can increase revenue and profitability as much as 50%! With Xerox FreeFlow Web Services, your customers can do business with you 24/7—ordering print, submitting files wherever and whenever they need them on their customized, branded web site. And you can process those orders and manage those files even when the lights are out. Let us show you how to get the most out of your Xerox FreeFlow Web Services software and learn how to enhance and grow your business.

# Workflow Services

### It's time to enroll in the FreeFlow® Academy

The FreeFlow Academy offers a variety of online webinars and one- or two-day training courses available on-site (yours or ours). Here's a brief overview of what you can learn.

### Web site customization

This webinar-only class gives you all the tips and insights you need to build branded web sites for your print shop and for your corporate customers. Using FreeFlow Web Services, it's easy to create a consistent, branded look-and-feel for your web site. You'll learn how to offer customers simple file submission, ordering, job tracking, shopping cart checkout, credit card payment, and shipping options—everything they need to drive your online print business to new heights.

### Pricing

The FreeFlow Web Services software supports a variety of pricing models. But which one is right for your online business? Choose the overview webinar or the much more comprehensive two-day course and we will show you how each model works, the key considerations for each, and how to set them up. There's even a custom pricing two-day course that enables you to build you own pricing structure using Excel spreadsheets.

### Template creation

Here's a revenue-building capability. Your customers select from a variety of templates/jobs in their print on demand (POD) warehouse and then "build their own" sell sheets, catalogs, flyers, direct mail pieces, and more to meet their specific needs. From a basic webinar to a two-day advanced course, you'll learn how to optimize template creation for a variety of static, versioned, and variable data applications. You'll learn how to prepare artwork and file formats for a wide range of customer applications and deliver efficiencies in print production. You'll also learn how to define variable fields, enable database uploads, and manage text and graphics assets to capture high-value 1:1 marketing applications.

### Process Manager integration

Expanding your business with web-to-print in a highly automated fashion can enable "lights out" production. Starting with an overview webinar or a two-day deep-dive course, you learn how to streamline your entire workflow. FreeFlow Web Services linked to FreeFlow Process Manager enables automated, touchless file preparation and printing.

Built-in workflow decision making and end-to-end automation of many critical prepress functions enables:

- Reduced human error
- Automated job ticketing
- Reduced prepress time from hours to seconds
- More print production with less labor

Learn how to integrate two powerful workflow tools. That's a huge productivity and profitability booster.

### XMPie® integration

Effectively reach your customers via print, web, and e-mail by integrating your FreeFlow Web Services with XMPie PersonalEffect. This course will show you how to use your Web Services workflow and XMPie PersonalEffect capabilities to:

- Access, customize and order VI campaigns directly from Web Services
- Dynamically proof and generate all PersonalEffect supported VI output formats
- Implement an integrated, online solution with easy access to all relevant media campaign information

### Help where you need it most

Digital printing is an opportunity that is here for you right now. Xerox wants to help printers like you to maximize profitability and provide a foundation for long-term success. Our Workflow Services are designed to give you the help you need. It's all part of our total commitment to providing The Right Business Model, The Right Workflow and The Right Technology℠.

> **Visit our Digital Print Learning Center**
>
> Located minutes from the Dallas airport in Lewisville, Texas, Xerox Advanced Solutions Group maintains a state-of-the-art New Business of Printing digital workflow lab. Xerox FreeFlow experts teach classes and hands-on lab programs in a campus-like setting, conduct webinars online, or travel to your location.

**For more information on these training classes and the full curriculum of the Xerox FreeFlow Academy, please contact The Advanced Services Group at 1-888-878-9622.**

Printed on a Xerox iGen4™ Press on Xerox Digital Color Elite Gloss 100 lb. Cover.



©2008 Xerox Corporation. All rights reserved. Xerox® and the sphere of connectivity design, FreeFlow®, The New Business of Printing® , iGen4™ and The Right Business Model, The Right Workflow and the The Right Technology℠ are trademarks of Xerox Corporation in the United States and/or other countries. 12/08

701P48409



# Search Results

lewisville

File type

☐ PDF File          3

Results **1-3** of **3** for **lewisville** in 0.10 seconds          ☰ LIST   ⋮⋮⋮ CARD   |   **RELEVANCE**   DATE ⌄

---

**PDF File**

**Brochure - Xerox FreeFlow® Web Services Training (PDF, 850 KB)**

two-day training courses available on-site (yours or ours). ... Located minutes from the Dallas airport in **Lewisville**, Texas, Xerox Advanced Solutions Group maintains a state-of-the-art

**Language**   English

---

**PDF File**

**Brochure - Xerox FreeFlow® Web Services Training (PDF, 850 KB)**

two-day training courses available on-site (yours or ours). ... Located minutes from the Dallas airport in **Lewisville**, Texas, Xerox





### What do I need to do to gain access to Peak Premier

**Lewisville**, TX. Can I continue to buy from them?

**Language** English

Results per page  10  **25**  **50**  **100**

About Xerox: Corporate Information

Ways to Buy

Support and Drivers

Contact Us | Careers | Investors | Privacy | Legal | Cookie Preferences | Site Map

© 1986 - 2021 Xerox Corporation. All rights reserved. Xerox® is a trademark of Xerox Corporation in the United States and/or other countries.



# Search Results

freeflow training

File type

- [ ] PDF File    161
- [ ] Web Page    39
- [ ] Text    2

Results **1-10** of **202** for **freeflow training** in 0.14 seconds    ≔ LIST  ⋮⋮⋮ CARD | **RELEVANCE**  DATE ⌄

---

**PDF File**

Brochure - Xerox **FreeFlow**® Web Services **Training** (PDF, 850 KB)

Workflow Services **FreeFlow**® Web Services **Training** Online and open for business ... The **FreeFlow** Academy offers a variety of online webinars and one- or ... More print production with less labor

Language   English

---

**PDF File**

Brochure - Xerox **FreeFlow**® Web Services **Training** (PDF, 850 KB)

Workflow Services **FreeFlow**® Web Services **Training** Online and open for business ... The **FreeFlow** Academy offers a variety of online webinars and one- or ... More print production with less labor

Language   English

---

**PDF File**

Brochure - Xerox **FreeFlow**® VI Suite **Training** and Professional Services (PDF,



that ...

Language   English

---

Brochure - Xerox **FreeFlow**® VI Suite **Training** and Professional Services (PDF, 800 KB)

**FreeFlow** VI Suite **Training** and Professional Services can help you address the ... **FreeFlow**® VI Suite includes all the components you need to create highly relevant, personalized pieces that ...

Language   English

---

**FreeFlow** Variable Information Suite for Variable Data Printing

**FreeFlow** ™ Variable Information Suite offers a powerful portfolio of tools for ... **FreeFlow** VI Suite **Training** and Professional Services ... **FreeFlow** Makeready simplifies prepress steps.

Language   English

---

Videos - **FreeFlow** Variable Information Suite

Support **FreeFlow** Variable Information Suite Videos ... Language ... Learning VI Design Express **Training** Exercise Files This download contains the ... Get answers in the Community Support Forum

Language   English

---

Documentation - **FreeFlow** Variable Information Suite

**FreeFlow**® VI Compose Open Addition Install Guide ... **FreeFlow** VI Suite: Novedades de la versión 15.0.2.0 ... **Training** aid for use of the Prefixed Delimited Data support feature of VI Design ...

Language   English

---

BLI SYNERGY Report - Xerox **FreeFlow** Core Software and Versant 80 Press

... on a given job, and cuts down on the amount of **training** required for print shop personnel. **FreeFlow** Core's automation engine cre-ates workflows that can react according to





**PDF File**

### Xerox Smartsend SOR non-Conan.indd

**Language** English

---

**Web Page**

### Professional Office Support & Consulting Services - Xerox

Ensuring that your employees are well-**trained** is an essential part of any solution ... **Training** programs will be customized to focus on the requirements of your people and how they can become ...

**Language** English

---

| 1 | 2 | 3 | 4 | 5 | › |

Results per page  10  25  50  100

## About Xerox: Corporate Information

## Ways to Buy

## Support and Drivers

Contact Us   Careers   Investors   Privacy   Legal   Cookie Preferences   Site Map

© 1986 - 2021 Xerox Corporation. All rights reserved. Xerox® is a trademark of Xerox Corporation in the United States and/or other countries.

