**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>    Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 2





