**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>    Defendant. | §<br>§<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 3

# Denton CAD

## Property Search Results > 288399 BLACKHORSE LAKEPOINTE LP for Year 2021

Tax Year: 2021

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 288399 | Legal Description: | WATERS RIDGE PH 2 BLK B LOT 1RA2 |
| Geographic ID: | SL0597A-00000B-0000-0001-0RA2 | Zoning: | Flex |
| Type: | Real | Agent Code: | 692588 |
| Property Use Code: | FL020 | | |
| Property Use Description: | FLEX WAREHOUSE | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 1945 LAKEPOINTE DR  LEWISVILLE, TX 75057-6424 | Mapsco: | |
| Neighborhood: | Flex Warehouse Class A | Map ID: | COMM |
| Neighborhood CD: | FL20G01A | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | BLACKHORSE LAKEPOINTE LP | Owner ID: | 833017 |
| Mailing Address: | 500 N CAPITAL OF TEXAS HWY STE 200  AUSTIN, TX 78746-3302 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | $0 | |
| (+) Improvement Non-Homesite Value: | + | $12,131,300 | |
| (+) Land Homesite Value: | + | $0 | |
| (+) Land Non-Homesite Value: | + | $1,618,700 | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0 | $0 |
| (+) Timber Market Valuation: | + | $0 | $0 |
| | | -------------------------- | |
| (=) Market Value: | = | $13,750,000 | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | |
| | | -------------------------- | |
| (=) Appraised Value: | = | $13,750,000 | |
| (–) HS Cap: | – | $0 | |
| | | -------------------------- | |
| (=) Assessed Value: | = | $13,750,000 | |

## Taxing Jurisdiction

Owner: BLACKHORSE LAKEPOINTE LP  
% Ownership: 100.0000000000%  
Total Value: $13,750,000

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C12 | LEWISVILLE CITY OF | 0.443301 | $13,750,000 | $13,750,000 | $60,953.89 |
| CAD | DENTON CENTRAL APPRAISAL DISTRICT | 0.000000 | $13,750,000 | $13,750,000 | $0.00 |
| G01 | DENTON COUNTY | 0.233086 | $13,750,000 | $13,750,000 | $32,049.33 |
| PID1 | LEWISVILLE PUBLIC IMPROVEMENT DISTRICT NO 1 | 0.000000 | $13,750,000 | $13,750,000 | $0.00 |
| S09 | LEWISVILLE ISD | 1.308500 | $13,750,000 | $13,750,000 | $179,918.75 |
| | Total Tax Rate: | 1.984887 | | | |

| | | |
|---|---|---|
| | Taxes w/Current Exemptions: | $272,921.97 |
| | Taxes w/o Exemptions: | $272,921.97 |

## Improvement / Building

| Improvement #1: | Commercial | State Code: | F1 | Living Area: | 135254.0 sqft | Value: | $11,986,525 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | 420 | Concrete Tilt Up Walls | 1999 | 135254.0 |
| OP25 | OPEN PORCH | 420 | Concrete Tilt Up Walls | 1999 | 252.0 |
| OP25 | OPEN PORCH | 420 | Concrete Tilt Up Walls | 1999 | 300.0 |
| OP25 | OPEN PORCH | 420 | Concrete Tilt Up Walls | 1999 | 420.0 |
| OP25 | OPEN PORCH | 420 | Concrete Tilt Up Walls | 1999 | 120.0 |

| Improvement #2: | Commercial | State Code: | F1 | Living Area: | sqft | Value: | $144,775 |
|---|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| PV | PAVING | CON | | 1999 | 96957.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | 6 | COMMERCIAL | 9.2900 | 404675.00 | 0.00 | 0.00 | $1,618,700 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2021 | $12,131,300 | $1,618,700 | 0 | 13,750,000 | $0 | $13,750,000 |
| 2020 | $10,881,300 | $1,618,700 | 0 | 12,500,000 | $0 | $12,500,000 |
| 2019 | $10,181,300 | $1,618,700 | 0 | 11,800,000 | $0 | $11,800,000 |
| 2018 | $7,881,300 | $1,618,700 | 0 | 9,500,000 | $0 | $9,500,000 |
| 2017 | $5,381,300 | $1,618,700 | 0 | 7,000,000 | $0 | $7,000,000 |
| 2016 | $4,654,700 | $1,618,700 | 0 | 6,273,400 | $0 | $6,273,400 |
| 2015 | $4,355,967 | $1,618,700 | 0 | 5,974,667 | $0 | $5,974,667 |
| 2014 | $3,881,300 | $1,618,700 | 0 | 5,500,000 | $0 | $5,500,000 |
| 2013 | $4,331,300 | $1,618,700 | 0 | 5,950,000 | $0 | $5,950,000 |
| 2012 | $4,331,300 | $1,618,700 | 0 | 5,950,000 | $0 | $5,950,000 |
| 2011 | $8,376,037 | $1,618,700 | 0 | 9,994,737 | $0 | $9,994,737 |
| 2010 | $9,881,300 | $1,618,700 | 0 | 11,500,000 | $0 | $11,500,000 |
| 2009 | $9,881,300 | $1,618,700 | 0 | 11,500,000 | $0 | $11,500,000 |
| 2008 | $11,072,452 | $1,618,700 | 0 | 12,691,152 | $0 | $12,691,152 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/7/2013 | SW | SPECIAL WD | 21 CENTURY INSURANCE GROUP INC | BLACKHORSE LAKEPOINTE LP | | | 2013-17573 |
| 2 | 10/3/2005 | SW | SPECIAL WD | VANTAGE DEV 21 INC | 21 CENTURY INSURANCE GROUP INC | | | 2005-122364 |

Questions Please Call (940) 349-3800

# Denton CAD

## Property Search Results > 84054 XEROX CORPORATION for Year 2021

Tax Year: 2021

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 84054 | Legal Description: | PERSONAL PROPERTY - MFG - OFFICE MACHINES LOCATION : 1945 LAKEPOINTE DR, STE 150, LEWISVILLE |
| Geographic ID: | P84054 | Zoning: | |
| Type: | Personal | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

#### Location

| | | | |
|---|---|---|---|
| Address: | 1945 LAKEPOINTE DR LEWISVILLE, TX 75057-6018 | Mapsco: | |
| Neighborhood: | | Map ID: | 99 |
| Neighborhood CD: | | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | XEROX CORPORATION | Owner ID: | 215287 |
| Mailing Address: | PROPERTY TAX XRX2-040A PO BOX 9601 WEBSTER, NY 14580-7571 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

### Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $0 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $0 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $449,429 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $449,429 | | |
| (–) HS Cap: | – | $0 | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | $449,429 | | |

### Taxing Jurisdiction

Owner: XEROX CORPORATION
% Ownership: 100.0000000000%
Total Value: $449,429

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C12 | LEWISVILLE CITY OF | 0.443301 | $449,429 | $449,429 | $1,992.32 |

| | | | | | |
|---|---|---|---|---|---|
| CAD | DENTON CENTRAL APPRAISAL DISTRICT | 0.000000 | $449,429 | $449,429 | $0.00 |
| G01 | DENTON COUNTY | 0.233086 | $449,429 | $449,429 | $1,047.55 |
| S09 | LEWISVILLE ISD | 1.308500 | $449,429 | $449,429 | $5,880.78 |
| | Total Tax Rate: | 1.984887 | | | |
| | | | | Taxes w/Current Exemptions: | $8,920.65 |
| | | | | Taxes w/o Exemptions: | $8,920.65 |

## Improvement / Building

No improvements exist for this property.

## Land

No land segments exist for this property.

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2021 | $0 | $0 | 0 | 449,429 | $0 | $449,429 |
| 2020 | $0 | $0 | 0 | 311,094 | $0 | $311,094 |
| 2019 | $0 | $0 | 0 | 894,324 | $0 | $894,324 |
| 2018 | $0 | $0 | 0 | 1,590,559 | $0 | $1,590,559 |
| 2017 | $0 | $0 | 0 | 1,813,047 | $0 | $1,813,047 |
| 2016 | $0 | $0 | 0 | 2,188,646 | $0 | $2,188,646 |
| 2015 | $0 | $0 | 0 | 2,304,972 | $0 | $2,304,972 |
| 2014 | $0 | $0 | 0 | 2,077,991 | $0 | $2,077,991 |
| 2013 | $0 | $0 | 0 | 1,569,775 | $0 | $1,569,775 |
| 2012 | $0 | $0 | 0 | 1,555,422 | $0 | $1,555,422 |
| 2011 | $0 | $0 | 0 | 2,210,656 | $0 | $2,210,656 |
| 2010 | $0 | $0 | 0 | 2,088,635 | $0 | $2,088,635 |
| 2009 | $0 | $0 | 0 | 2,599,753 | $0 | $2,599,753 |
| 2008 | $0 | $0 | 0 | 2,857,488 | $0 | $2,857,488 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|

Questions Please Call (940) 349-3800