**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>    Plaintiff,<br><br>v.<br><br>**XEROX CORPORATION**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>**CIV. A. NO. 2:21-cv-0345-JRG-RSP**<br><br><br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT 4

Home > Cities > Lewisville > Business school > Xerox Training Center Lewisville



# Xerox Training Center Lewisville

1945 Lakepointe Dr Suite 150, Lewisville, TX 75057, United States

Appearance  Photos  Information  Working hours  Services  Similar organizations

## Appearance



🔗 Visit The Website

| Field Technician – Richardson, TX | Field Technician – Frisco, TX | Penne Snider - Mixologist – Dallas, TX | Representative Pay Rates! TX |
|---|---|---|---|

## Photos

## Information

| 1 Photos | 0 Comments | Rating |
|---|---|---|

Address: 1945 Lakepointe Dr Suite 150, Lewisville, TX 75057, United States

Site: http://xerox.com/

Phone: +1 972-420-2130

Xerox Training Center Lewisville

© Yandex  Terms

Ad | Business Focus

**Similar organizations**

USA-education.WorldOrgs.com© 2020-2021                                  Privacy Policy            Disclaimer