**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>    Plaintiff, | § § § § | |
| v. | § § § | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| **XEROX CORPORATION**<br>    Defendant. | § § § | **JURY TRIAL DEMANDED** |

# EXHIBIT 6



# Docucare Associate II - Beaumont, TX

## General information

**City:** Orange, Beaumont
**State/Province:** Texas
**Country:** United States
**Department:** Service Delivery
**Date:** Wednesday, November 3, 2021
**Working time:** Full-time

**Ref#:** 20013788
**Job Level:** Individual Contributor
**Job Type:** Experienced
**Job Field:** Service Delivery
**Seniority Level:** Entry Level

**APPLY**

Share this job:

    

### Similar jobs

**Docucare Associate II - Amarillo, TX**
Amarillo, Sweetwater, Texas, United States

**Docucare Associate II - Bernalillo, NM**
Albuquerque, Bernalillo, New Mexico, United

**Docucare Associate II - Dallas, TX**
Greenville, Arlington, Dallas, Denton, Fort W

**Docucare Associate II - Houston, TX**
Pasadena, Angleton, Galveston, Houston, W

View all

## Description & Requirements

Xerox Corporation (NYSE: XRX) is an $11 billion technology leader that innovates the way the world communicates, connects and works. Our expertise is more important than ever as customers of all sizes look to improve productivity, maximize profitability and increase satisfaction. We do this for small and mid-size businesses, large enterprises, governments, graphic communications providers, and for our partners who serve them. We understand what's at the heart of work and all of the forms it can take. We embrace the increasingly complex world of paper and digital. Office and mobile. Personal and social. Every day across the globe in more than 160 countries our technology, software and people successfully navigate those intersections. We automate, personalize, package, analyze and secure information to keep our customers moving at an accelerated pace.

Learn more at www.xerox.com and explore our commitment to diversity and inclusion!