# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | § § § § | |
| v. | § § § | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>    Defendant. | § § § | JURY TRIAL DEMANDED |

# EXHIBIT 7

11/28/21, 6:28 PM    Case 2:21-cv-00345-JRG-RSP    Document 24-7    Filed 12/03/21    Page 2 of 6 PageID #: 415
(66) Docucare Associate II - Beaumont, TX | Xerox | LinkedIn

                                       
                                                                              Home    My Network    Jobs



# Docucare Associate II - Beaumont, TX

Xerox · Beaumont, TX

- Full-time · Entry level
- 10,001+ employees · Information Technology & Services
- See recent hiring trends for Xerox Corporation. Retry Premium Free
- Actively recruiting

🚫 No longer accepting applications

## About the job

**Description & Requirements**

Xerox Corporation (NYSE: XRX) is an $11 billion technology leader that innovates the way the world communicates, connects and works. Our expertise is more important than ever as customers of all sizes look to improve productivity, maximize profitability and increase satisfaction. We do this for small and mid-size businesses, large enterprises, governments, graphic communications providers, and for our partners who serve them. We understand what's at the heart of work and all of the forms it can take. We embrace the increasingly complex world of paper and digital. Office and mobile. Personal and social. Every day across the globe in more than 160 countries our technology, software and people successfully navigate those intersections. We automate, personalize, package, analyze and secure information to keep our customers moving at an accelerated pace.

Learn more at www.xerox.com and explore our commitment to diversity and inclusion!

**Purpose:**

Responsible for the operational, on-site delivery of outsourcing/facilities management to end-user customers. Activities involve maintaining

### Contact the job poster



**Chelsea Hunter**
Recruiter at Xerox
Sanford, Florida, United States

**PREMIUM**

Send InMail

 

targets.

The role holder works as part of the service delivery team that is aligned to one or more customers. He/she will have a focus on the following:
- Delivery of service that meets SLA and delights the customer (KPI: SLA achieved & high customer satisfaction)
- Supporting the achievement of productivity improvements (KPI: Value for customer & enhanced margin)
- Contributing to service transformation and business growth (KPI: Further profitable service revenue)

**Specific:**
- T he work undertaken by the role holder is completed in line with the Service Level Agreement and Statement of Work relevant for the customer

**General:**
- Intermediate level job with some work experience
- Has developed knowledge and skills through formal training & applies these to complete assigned work within own area of expertise
- Identifies problems in straightforward situations and makes sound decisions using standard procedures
- Works within established procedures with a moderate degree of supervision

**Primary Responsibilities:**
- Carries out regular preventative maintenance checks on client fleet of machines
- Replenishes consumables
- Maintains log of all activities including on-site parts inventory
- Maintain clean and tidy devices and surrounding environment
- Carries out first level repair and escalate in accordance with agreed procedures for next level maintenance and technical support
- Ensures SLA is achieved, and customer requirements are met
- Commitment to maintaining skill set through personal development and training
- Promotes knowledge sharing and acts as a mentor/coach

**Candidate Education:**
- S peci alized courses from recognized universities with 2/3 years of academic years (Example: recognized certification, diploma, etc.)

**Candidate Background:**

 

Home    My Network    Jobs

- Minimum - Experience in a customer-facing service delivery role
- Minimum - Demonstrates a proactive approach to work with initiative and drive
- Minimum - Good technical and/or electrical aptitude

Xerox is an Equal Opportunity Employer and considers applicants for all positions without regard to race, color, creed, religion, ancestry, national origin, age, gender identity or expression, sex, marital status, sexual orientation, physical or mental disability, use of a guide dog or service animal, military/veteran status, citizenship status, basis of genetic information, or any other group protected by law. Learn more at www.xerox.com and explore our commitment to diversity and inclusion! People with disabilities who need a reasonable accommodation to apply or compete for employment with Xerox may request such accommodation(s) by sending an e-mail to XeroxStaffingAdminCenter@xerox.com . Be sure to include your name, the job you are interested in, and the accommodation you are seeking.

© 2020 Xerox Corporation. All rights reserved. Xerox® and Xerox and Design® are trademarks of Xerox Corporation in the United States and/or other countries.

See less ˄

**Pay range unavailable**
Salary information is not available at the moment.

Are you interested in salary information for this job?   Yes  /  No

## About the company

 **Xerox**
868,007 followers

 Follow

Information Technology & Services • 10,001+ employees • 51,132 on LinkedIn

For more than 100 years, Xerox has continually redefined the workplace experience. Harnessing our leadership position in office and production print technology, we've expanded into software and services to sustainably power today's workforce. From the office to industrial environments, our differentia ...show more







See more

