**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| | §<br>§ | |
| **XEROX CORPORATION**<br>　　Defendant. | §<br>§ | **JURY TRIAL DEMANDED** |

# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC | § § | |
| v. | § § | Case No. 2:21-cv-345-JRG-RSP |
| XEROX CORPORATION | § § | |

**DECLARATION OF PRESTON MORGAN**

1. My name is Preston Morgan. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my knowledge and are true and correct.

2. I am Sr. V.P. of Licensing at Dominion Harbor, which acts as a patent advisor to Monument Peak Ventures, LLC.

3. I reside in Dallas, Texas.

4. Exhibit 2, is a true and correct copy of pictures of the 1945 Lakepointe Drive, Lewisville, Texas 75057 location that I took on November 9, 2021.

5. Exhibit 9, is a true and correct copy of a job posting for the position of Xerox Field Service Technician in Longview, Texas, that I accessed on the Xerox.com website on November 10, 2021.

6. Exhibit 10, is a true and correct copy of a job posting for the position of Xerox Field Service Technician in Palestine, Texas, that I accessed on the Xerox.com website on November 10, 2021.

7. Exhibit 11, is a true and correct copy of a job posting for the position of Xerox Field Service in Tyler, Texas, that I accessed on the Xerox.com website on November 10, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 2nd day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Preston Morgan