# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MONUMENT PEAK** | § | |
| **VENTURES, LLC** | § | |
|    **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| | § | |
| | § | |
| **XEROX CORPORATION** | § | |
|    **Defendant.** | § | **JURY TRIAL DEMANDED** |

# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS - MARSHALL DIVISION**

**XEROX PARTNER AND AGENT PLACES OF BUSINESS IN**

**THE EASTERN DISTRICT OF TEXAS**

| Counties and Stores | Partnership Status | Addresses | Products/ Services | Website | Xerox Store Locator Site? |
|---|---|---|---|---|---|
| Criteria First (Denton County) | DocuShare Reseller Partner | 3303 Greenglen Cir. Carrollton, Texas 75007 | Xerox DocuShare customization | Xerox:<br><br>www.xerox.com/en-us/services/enterprise-content-management/resellers<br><br>Company:<br><br>https://www.criteriafirst.com/ | Yes |
| Parker Business Forms (Jefferson County) | Xerox Premier partner | 30 IH-10 North, Beaumont, Texas 77702 | Products:  Industrial Print and Safety Identification Products such as - labels, placards, tags, decals, offshore marking materials, safety permits, lockout/tagout materials, safety incentive items, safety apparel and more.<br><br>Services: print projects and domestic and international delivery | Xerox:<br><br>www.xeroxdigitalhotspot.com/find/results<br><br>Company:<br><br>http://parkerbf.com/ | Yes |
| STP Texas (Cooke County) | Xerox Platinum Solution Provider | 679 County Rd 404 Gainesville, Texas 76240 | Demo units available for viewing pursuant to Xerox Store Locator website<br><br>Products Sold:<br><br>Xerox Workcentre 6515, Xerox® D95A / D110 / D125, WorkCentre EC7836 / EC7856, WorkCentre 5890i, VersaLink® C7020, VersaLink® B400 Printer, DocuMate 6460, AltaLink® C8170, Xerox® Color C60 / C70 Printer, WorkCentre 7970i, WorkCentre 5875i, VersaLink® C7000, VersaLink C405, DocuMate 6440, AltaLink® C8155, Xerox® Brenva™ HD Production Inkjet Press, WorkCentre 7855i, WorkCentre 5865i/5875i/5890i, VersaLink® C605, Trivor™ 2400 Inkjet Press, DocuMate 5540, Color 800i / 1000i Presses, AltaLink® C8145, Xerox Nuvera® 157 EA Production System, WorkCentre 7830i, WorkCentre 4265, VersaLink® C405, DocuMate 4790, AltaLink® C8070, AltaLink® B8155, Xerox Nuvera® 120 MX Production | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://www.stptexas.com/ | Yes |

System, WorkCentre 7525 / 7530 / 7535 / 7545 / 7556, WorkCentre 3655i, VersaLink® C400, DocuMate 4760, AltaLink® C8055, AltaLink® B8145, Xerox® VersaLink® C405, Xerox Nuvera® 100/120/144/157 EA Production System, WorkCentre 7220i/7225i, WorkCentre 3345/DNI, VersaLink® B7035, Nuvera™ 200/288/314, DocuMate 4700, AltaLink® C8045, Versant® 180 Press, Xerox® VersaLink® B405, Xerox Nuvera® 100 MX Production System, WorkCentre 6655i, WorkCentre 3335/DNI, VersaLink® B7030, Nuvera™ 200/288, DocuMate 4440, AltaLink® C8035, Rialto® 900 MP, Xerox® Trivor™ 2400 HF Inkjet Press, Xerox Nuvera® 100 / 120 / 144 / 157 EA Production System, WorkCentre 6515, WorkCentre 3225, VersaLink® B7025, Nuvera® 200/288 MX, DocuMate 3220, AltaLink® C8030, Instant Print Kiosk, Xerox® Trivor™ 2400 HD Inkjet Press, Xerox iGen4™ Diamond Edition, WorkCentre 6027, WorkCentre 3215, VersaLink® B615, WorkCentre 5875i, VersaLink® C7000, VersaLink C405, DocuMate 6440, AltaLink® C8155, Xerox® Brenva™ HD Production Inkjet Press, WorkCentre 7855i, WorkCentre 5865i/5875i/5890i, VersaLink® C605, Trivor™ 2400 Inkjet Press, DocuMate 5540, Color 800i / 1000i Presses, AltaLink® C8145, Xerox® Baltoro™ HF Inkjet Press, WorkCentre 7845i, WorkCentre 5865i, VersaLink® C600, Travel Scanner 150, DocuMate 5460, C8070, AltaLink® C8135, Xerox Nuvera® 200 / 288 MX Perfecting Production System, WorkCentre 7835i, DocuMate 4700, AltaLink® C8045, Versant® 180 Press, Xerox® VersaLink® B405, Xerox Nuvera® 100 MX Production System, WorkCentre 6655i, WorkCentre 3335/DNI, VersaLink® B7030, Nuvera™ 200/288, DocuMate 4440, AltaLink® C8035, Rialto® 900 MP, Xerox® Trivor™ 2400 HF Inkjet Press, Xerox Nuvera® 100 / 120 / 144 / 157 EA Production System, WorkCentre 6515, WorkCentre 3225, VersaLink® B7025, Nuvera® 200/288 MX, DocuMate 3220, AltaLink® C8030, Instant Print Kiosk, Xerox® Trivor™ 2400 HD Inkjet Press, Xerox iGen4™ Diamond Edition, WorkCentre 6027, WorkCentre 7970i, WorkCentre 5875i, VersaLink® C7000, VersaLink C405, DocuMate 6440, AltaLink® C8155, Xerox® Brenva™ HD Production Inkjet Press, WorkCentre 7855i, WorkCentre 5865i/5875i/5890i, VersaLink® C605, Trivor™ 2400 Inkjet Press, DocuMate 5540, Color 800i / 1000i Presses, AltaLink® C8145

Depot Repair Center Products Serviced:

DocuColor 2006, DocuPrint N2025, DocuPrint N2125, DocuPrint N24, DocuPrint N2825, DocuPrint N32, DocuPrint N3225, DocuPrint N40, DocuPrint N4025, DocuPrint N4525, VersaLink B600, VersaLink B605, VersaLink B610, VersaLink B615, VersaLink B7025, VersaLink B7030, VersaLink B7035, VersaLink C7000, VersaLink C7020, VersaLink C7025, VersaLink C7030, WorkCentre 133, WorkCentre 3210/3220, WorkCentre 3315, WorkCentre 3325, WorkCentre 3550, WorkCentre 3615, WorkCentre 3655, WorkCentre 4118, WorkCentre 4150, WorkCentre

| | | | 4250, WorkCentre 4260, WorkCentre 4265, WorkCentre 5135/5150, WorkCentre 5225, WorkCentre 5230, WorkCentre 5325, WorkCentre 5330, WorkCentre 5335, WorkCentre 5735, WorkCentre 5740, WorkCentre 5745, WorkCentre 5755, WorkCentre 5765, WorkCentre 5775, WorkCentre 5790, WorkCentre 5845, WorkCentre 5855, WorkCentre 5865, WorkCentre 5875, WorkCentre 5890, WorkCentre 5945, WorkCentre 5955, WorkCentre 6400, WorkCentre 6505, WorkCentre 6605, WorkCentre 6655, WorkCentre 7120, WorkCentre 7125, WorkCentre 7132, WorkCentre 7220, WorkCentre 7225, WorkCentre 7232, WorkCentre 7242, WorkCentre 7425, WorkCentre 7428, WorkCentre 7435, WorkCentre 7525, WorkCentre 7530, WorkCentre 7535, WorkCentre 7545, WorkCentre 7556, WorkCentre 7830, WorkCentre 7835, WorkCentre 7845, WorkCentre 7855, WorkCentre 7970, WorkCentre C2424, WorkCentre M118, WorkCentre M20, WorkCentre M20I, WorkCentre M24, WorkCentre PE120, WorkCentre PE120I, WorkCentre PE220, WorkCentre PRO 2636, AltaLink B8045, AltaLink B8055, AltaLink B8065, AltaLink B8075, AltaLink B8090, AltaLink B8145, AltaLink B8155, AltaLink B8170, AltaLink C8030, AltaLink C8035, AltaLink C8045, AltaLink C8055, AltaLink C8070, AltaLink C8130, AltaLink C8135, AltaLink C8145, AltaLink C8155, AltaLink C8170, VersaLink B400, VersaLink B405, VersaLink C400, VersaLink C405, VersaLink C500, VersaLink C505, VersaLink C600, and VersaLink C605. | | |
|---|---|---|---|---|---|
| Document Solutions (Henderson County) | Xerox Platinum Agent | 702 East Corsicana Athens, Texas 75751 | Serviced:<br><br>VersaLink B600, VersaLink B605, VersaLink B610, VersaLink B615, VersaLink B7025, VersaLink B7030, VersaLink B7035, VersaLink C7000, VersaLink C7020, VersaLink C7025, VersaLink C7030, WorkCentre 3550, WorkCentre 3615, WorkCentre 3655, WorkCentre 4150, WorkCentre 4250, WorkCentre 4260, WorkCentre 4265, WorkCentre 5945, WorkCentre 5955, WorkCentre 6515, WorkCentre 6605, WorkCentre 6655, WorkCentre 7970, AltaLink C8030, AltaLink C8035, AltaLink C8045, AltaLink C8055, AltaLink C8070, VersaLink B400, VersaLink B405, VersaLink C400, VersaLink C405, VersaLink C500, VersaLink C505, VersaLink C600, VersaLink C605. | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://www.documentsolutionshq.com/ | Yes |
| Document Solutions (Smith County) | Xerox Platinum Agent | 1540 Rice Rd. Ste 100 Tyler, Texas 75703 | Serviced:<br><br>WorkCentre 3315, WorkCentre 3325, WorkCentre 3615, WorkCentre 3655, WorkCentre 5325, WorkCentre 5330, WorkCentre 5335, WorkCentre 6400, WorkCentre 6605, WorkCentre 6655, VersaLink B400, VersaLink B405, VersaLink C400, VersaLink C405, VersaLink C500, VersaLink C505, VersaLink C600, and VersaLink C605. | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://www.documentsolutionshq.com/ | Yes |

| Edge Office Products (Gregg County) | Xerox Platinum Agent | 1909 Judson Road Longview, TX 75605 | Demo units available for viewing pursuant to Xerox Store Locator website<br><br>Managed Print Services, IT Services, office printers, multifunction, production printers and digital presses, scanner. | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://www.edgeop.com/xerox-products-and-solutions/ | Yes |
|---|---|---|---|---|---|
| Best Office Solutions (Bowie County) | Xerox Silver Authorized Agent | 4707 Texas Blvd Texarkana, Texas 75503 | <u>Products:</u><br><br>VersaLink® C7020, WorkCentre 6027, C235, VersaLink® B7025, VersaLink® C7025, AltaLink® C8030, AltaLink® C8130, VersaLink® B7030, VersaLink® C7030, WorkCentre 3215, WorkCentre 3225, WorkCentre 6515, AltaLink® C8035, AltaLink® C8135, B205, B215, VersaLink® B7035, WorkCentre 3335/DNI, VersaLink C405, VersaLink® C405, Xerox® VersaLink® C405, AltaLink® B8045, AltaLink® B8145, AltaLink® C8045, AltaLink® C8145, VersaLink® C505, WorkCentre 3345/DNI, VersaLink® B405, Xerox® VersaLink® B405, AltaLink® B8055, AltaLink® B8155, AltaLink® C8055, AltaLink® C8155,  Instant Print Kiosk, VersaLink® C605, WorkCentre 5735/5740/5745/5755, WorkCentre 7525/7530/7535/7545/7556, WorkCentre EC7836/EC7856, VersaLink® B605, AltaLink® B8065, VersaLink® B615, AltaLink® C8070, AltaLink® C8170, AltaLink® B8075, AltaLink® B8170, EC70, Xerox® Color C60/C70 Printer, AltaLink® B8090, Xerox® D95A/D110/D125 Copier/Printer, PrimeLink® C9065/C9070, Versant® 180 Press, Versant® 280 Press, Versant® 4100 Press, PrimeLink® B9100 Series, Xerox® Baltoro™ HF Inkjet Press, Xerox® iGen® 5 Press, Rialto® 900 MP, VersaLink® C7000, VersaLink® C500, VersaLink® B400 Printer, VersaLink® C600, VersaLink® B600, VersaLink® B610, Xerox® Color C60, Xerox® Color C60 / C70 Series, Xerox® Color C70, Xerox Nuvera® 100 MX Production System, Versant 3100 Press, Xerox Nuvera® 100 / 120 / 144 / 157 EA Production System, Xerox Nuvera® 100 MX, Xerox Nuvera® 100/120/144/157 EA Production System, Xerox Nuvera® 120 MX, Xerox Nuvera® 120 MX Production System, Xerox Nuvera® 144 MX, Xerox Nuvera® 157 EA Production System, Xerox Nuvera® 200 / 288 / 314 EA Perfecting Production System, Xerox Nuvera® 200/288 MX Perfecting Production System, Xerox Nuvera® 200/288/314 Perfecting Production System, Xerox Nuvera™ 200 / 288 MX,  Xerox® D136 Copier/Printer, Xerox® D95A/D110/D125, Xerox® Iridesse™ Production Press<br><br><u>General Services:</u><br>Managed print services, IT, document imaging, mobile print, production print workflow solutions, document management, | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://www.getthebos.com/about | Yes |

| | | | | | |
|---|---|---|---|---|---|
| Alps Dallas (Collin County) | Xerox Certified Print Services Provider | 2520 K Ave Plano, Texas 75074 | Services:<br><br>DocuPrint 4508, DocuPrint N2025, DocuPrint N24, DocuPrint N2825, DocuPrint N32, DocuPrint N3225, DocuPrint N40, DocuPrint N4025, DocuPrint P1202, N2025/N2825, N2125, N3225/N4025, WorkCentre 4150, WorkCentre 7132, WorkCentre C2424, WorkCentre M118, WorkCentre M118I, WorkCentre M20, WorkCentre M20I, WorkCentre M24, WorkCentre PE120, WorkCentre PE120I. | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>http://alpsdallas.com/<br><br>https://www.linkedin.com/in/joseph-campbell-b45a8416<br><br>https://www.alignable.com/plano-tx/alps-dallas | Yes |
| Ubeo Business Services (Jefferson County) | Xerox Partner | 3865 W Lucas Dr Beaumont, Texas 77706 | Generally: multifunction copiers, business class printers, electronic document management, high speed scanners, and production print systems. | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>https://www.news.xerox.com/news/Xerox-channel-partner-program-adds-more-dealers<br><br>Company:<br><br>https://www.ubeo.com/?hsLang=en | Yes |
| Hernandez Office Solutions (Jefferson County) | Xerox Partner | 119 N 17th St Nederland, Texas 77627 | VersaLink B7025, VersaLink B7030, VersaLink B7035, VersaLink C7000, VersaLink C7020, VersaLink C7025, VersaLink C7030, WorkCentre 3655, WorkCentre 4118, WorkCentre 4265, WorkCentre 5222, WorkCentre 5225, WorkCentre 5225A, WorkCentre 5230A, WorkCentre 5325, WorkCentre 5330, WorkCentre 5335, WorkCentre 5735, WorkCentre 5740, WorkCentre 5745, WorkCentre 5755, WorkCentre 5765, WorkCentre 5775, WorkCentre 5790, WorkCentre 5845, WorkCentre 5855, WorkCentre 5865, WorkCentre 5875, WorkCentre 5890, WorkCentre 5945, WorkCentre 5955, WorkCentre 6655, WorkCentre 7120, WorkCentre 7125, WorkCentre 7220, WorkCentre 7225, WorkCentre 7425, WorkCentre 7428, WorkCentre 7435, WorkCentre 7830, WorkCentre 7835, WorkCentre 7845, WorkCentre 7855, WorkCentre 7970, WorkCentre M20, WorkCentre M20I, AltaLink B8045, AltaLink B8055, AltaLink B8065, AltaLink B8075, AltaLink B8090, AltaLink B8145, AltaLink B8155, AltaLink B8170, AltaLink C8030, AltaLink C8035, AltaLink C8045, AltaLink C8055, AltaLink | Xerox:<br><br>www.office.xerox.com/en-us/dealer-locator<br><br>Company:<br><br>https://hernandezofficesolutions.com/ | Yes |

| | | | C8070, AltaLink C8130, AltaLink C8135, AltaLink C8145, AltaLink C8155, AltaLink C8170, VersaLink B400, VersaLink B405. | | |
|---|---|---|---|---|---|
| Ubeo Business Services (Gregg County) | Xerox Partner | 102 N Spur 63 Longview, Texas 75601 | Generally: multifunction copiers, business class printers, electronic document management, high speed scanners, and production print systems. | Xerox: www.office.xerox.com/en-us/dealer-locator Company: https://www.linkedin.com/company/complete-business-systems http://www.cbs-digital.com/ https://www.documentsolutionsq.com/ | Yes |
| Ubeo Business Services (Smith County) | Xerox Partner | 1604 Grande Blvd Tyler, Texas 75703 | Generally: multifunction copiers, business class printers, electronic document management, high speed scanners, and production print systems. | Xerox: www.office.xerox.com/en-us/dealer-locator Company: https://www.ubeo.com/?hsLang=en | Yes |