### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MONUMENT PEAK**<br>**VENTURES, LLC**<br>     **Plaintiff,** | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| | §<br>§<br>§ | |
| **XEROX CORPORATION**<br>     **Defendant.** | §<br>§ | **JURY TRIAL DEMANDED** |

# EXHIBIT 19

**Xerox**

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

Partner Programs

# Partner with Xerox

Xerox has always been at the forefront of innovation in document technology. We form strong and lasting partnerships with like-minded companies to create solutions and to take them to market. Working together, we help our joint customers of all sizes meet their document challenges.

Whether you're looking to offer our products and services to your customers, you are a print provider wishing to offer Xerox-driven printing or you would like to work with us to deliver solutions, we have a partnership to meet your needs.

## Connect hardware, software, services, and supplies



### Become a Xerox Channel Partner

Partner and prosper with the industry innovator. Xerox offers award-winning technology and the broadest portfolio of managed print services in the industry.

LEARN ABOUT OUR GLOBAL PARTNER PROGRAM

### Already Registered?

Channel Partners

**Log in to the Global Partner Program portal**

DocuShare Resellers

**Log in to the Xerox® DocuShare® Partner Site**

Buy Xerox Products and Services

**Find a sales location**

Find a DocuShare Reseller

**Find a Xerox® DocuShare® Reseller in Your Region**

Find a Print Provider -



Printers & Supplies   Solutions & Services   Customer Support   Partners   United States   Account   Log In   Shop



# Become a DocuShare® Partner

Xerox® DocuShare® solution partners enjoy developing solutions on the DocuShare platform for numerous reasons that benefit their customers and their business.

**LEARN ABOUT OUR DOCUSHARE PARTNER PROGRAM**



# Get Started as a Xerox Agent

By exclusively selling Xerox, you receive full access to our hardware, software, managed services, solutions and supplies. We will assist in the delivery of comprehensive post-sales service and technical support to your customers.

**BECOME A XEROX AGENT**

Have a need to print in another geography? Need to get a job done but don't have the necessary equipment? Check out our global network of Xerox Premier Partners.

**SEE PREMIER PARTNERS**



## Xerox Captures CRN 5-Star Rating

Top marks distinguish the Xerox® Global Partner Program in The Channel Company's 2020 Partner Program Guide.

**LEARN MORE**

# xerox™

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

## Develop and Integrate



### Xerox Business Innovation Partner

The Xerox Business Innovation Partner Program brings together leading document technology software and hardware providers, using Xerox Open Technology Platforms, to create unique solutions that extend the power of Xerox products, solutions and services.

**LEARN MORE**



### Xerox Developer Program

Work with us to create world-leading applications to extend the functionality of our products and services. Take advantage of our standards-based interfaces to create and market your own solutions for our customers.

**LEARN MORE**

### Xerox eConcierge® for Partners

Lock-in your post-sales revenue and give customers an extended warranty with Xerox eConcierge®.

**LEARN MORE**



### 2021 CRN Channel Chief Award Recipient Joanne Collins Smee

Xerox, EVP Chief Commercial, SMB and



Printers & Supplies  |  Solutions & Services  |  Customer Support  |  Partners

United States  |  Account  |  Log In  |  Shop

# Print shop/print service provider



## Xerox Premier Partners Global Network

This is an exclusive global community of Xerox customers who are today's leading print and marketing services providers. Members benefit from peer-to-peer networking, education, best practices, and regional events. If you'd like to learn more, please discuss with your Xerox sales rep.

Xerox, EVP, Chief Commercial, SMB and Channels Officer, Joanne Collins Smee has been chosen by the CRN editorial staff to receive the 2021 Channel Chief Award for outstanding leadership.

LEARN MORE

Share    

**About Xerox: Corporate Information**

COVID-19 Resources

Innovation

Environmental Sustainability

Corporate Social Responsibility

Our Policy Positions

Security Solutions

**Ways to Buy**

Shop Xerox Online Store

Supplies Online Store

App Gallery

Enterprise Store

Print Inquiries

Service Inquiries

**Support and Drivers**

MySupport

Recycling

Support Forum



**xerox** ™

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

Xerox Global Document Services > Enterprise Content Management > Become a DocuShare Partner

# Become a DocuShare® Partner

Xerox® DocuShare® Resellers have access to the latest tools, incentives, marketing resources and support to help you successfully deliver services and solutions to DocuShare customers, create differentiated and specialized offerings and build your revenue streams.

## VAR Program

### Contact Us

**1-800-735-7749**

**CONTACT US ONLINE**

**Subscribe to news about DocuShare Enterprise Content Management**



support to help you successfully deliver services and solutions to DocuShare customers, create differentiated and specialized offerings and build your revenue streams.

## VAR Program

Our VAR program features three flexible levels with a high margin structure. And with an easy entry point you can get started right away. Want to earn by bringing Xerox new business? Or would you prefer to have us drive business your way for a higher margin share? No matter what your preference, we'll put you on the fast track to success. And if you're already an existing Xerox Partners you do not need to join the DocuShare VAR program to resell DocuShare. You have access to all of the resources of the DocuShare Partner Program through your existing Xerox Partnership.

## Partner-Focused Offerings

We make it easy to sell DocuShare by optimizing our offerings for Xerox partners and channels.

A partner-exclusive bundle, the DocuShare SMB bundle provides both affordability and value, and is the perfect complement to other Xerox channel offerings. Designed for channel customers, it includes built-in discounts and a single line item SKU to make quoting and ordering a breeze.

We provide channel-focused cloud offerings at competitive prices, as well as periodic promotions to keep your sales momentum on track.

## Partner Training and Education

With defined education paths for partner, sales, technical and developer training, we make sure you have the tools and resources you need to become a top performer. Our training materials are comprehensive and self-paced. And our instructors are specially trained to prepare you to take on delivery and support

**CONTACT US ONLINE**

**Subscribe to news about DocuShare Enterprise Content Management**

## Quick Links

**Enterprise Content Management Overview**

**DocuShare**

**DocuShare Flex**

**DocuShare Cloud**

**Automatic Document Scanning**



# Partner Training and Education

With defined education paths for partner, sales, technical and developer training, we make sure you have the tools and resources you need to become a top performer. Our training materials are comprehensive and self-paced. And our instructors are specially trained to prepare you to take on delivery and support responsibility—and attain increasingly higher partner levels.

# Go-To-Market Support

The Xerox® DocuShare® Partner Program provides support throughout the sales process to help your go-to-market efforts be more successful. Whether you need partner-focused marketing materials, support for joint events or demand generation, we provide the sales and demo materials to help you close the deal. We even offer pre-sales support to make sure your configurations are set and sales proposals are delivered without a hitch. DocuShare partners receive go-to-market support including:

- Partner listing on website
- Partner technical and engineering support
- Product and support discounts based on revenue volume
- Access to **Partner Portal**
- Demo DocuShare license
- Early access to product releases and betas
- Leverage of Xerox brand name and recognition
- Training and training materials Sales, Demo, product, Technical, Developer
- Access to DocuShare Developer Network for development partners

FIND A RESELLER IN YOUR REGION

# xerox™

Printers & Supplies | Solutions & Services | Customer Support | Partners

Q | United States | Account | Log In | Shop

About Xerox > Xerox Business Innovation Partner Program



Business Innovation Partner Program

The Xerox® Business Innovation Partner Program brings together leading businesses, software and hardware providers, system integrators, value added resellers, and distributors to create unique solutions that extend the power of Xerox products, solutions and services.

In today's complex business environment, no single company can address the needs of every customer> But together, we can improve the way businesses run, whether it's a hospital, a school system, a law office, a multinational company, or any small business.



**xerox**

Printers & Supplies | Solutions & Services | Customer Support | Partners        United States | Account | Log In | Shop


Benefits


Levels of Partnership


Compare Partnership Levels

**Focus on Joint Execution**

Partners gain access to Xerox's global resources, technology, products, and consultative experts which facilitates the development, and sales of new technologies and services. This includes thorough planning, collaboration, delivery, and follow-through.

**All the Support You Need to Execute**

- Business Development - For our Gold and Platinum Level partners, you and your Relationship Manager will jointly develop business plans and go-to-market initiatives.

- Marketing the offering - Templates and logos that leverage brand awareness and help in devising your own unique marketing communications.

- Partnership with relationship and communications experts - We will closely monitor performance and are in constant communication via the benchmark Xerox Business Partner Relationship Management.

**Simple Access. Total Support.**

A multi-million-dollar investment in a technological infrastructure ensures benefiting from a Xerox partnership is quick and easy. A thoughtfully designed website gives you a single point of access for all partner services. The site, along with our Relationship Managers and Partner Support Specialists, provides you with a wealth of knowledgeable resources and support.

# Ready to become a Partner?



Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

| Benefits | Levels of Partnership | Compare Partnership Levels |
|---|---|---|



### Member

All new members to the Xerox Business Innovation Partner program will be entered at the Member level of the partnership. Members have access to online support information that will assist you in developing and executing our joint business plans.

### Silver Level Partner

Silver Partners represent an entry level selling relationship with Xerox. Partners invited to participate at this level must meet certain revenue criteria.

### Gold Level Partner

Gold Members develop offerings designed to meet the needs of specific industries, geographies and Xerox sales channels. Both Xerox and the Gold member make investments in this relationship. Xerox and Gold members participate in joint marketing planning, such as go-to-market activities that support a differentiated value proposition.

### Platinum Level Partner

Platinum members develop offerings designed to meet the needs of specific industries, geographies and Xerox sales channels. Both Xerox and Platinum members participate in joint marketing planning, such as go-to-market activities that support a differentiated value proposition.

# Ready to become a Partner?

CONTACT US



**Xerox**

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

| Benefits | Levels of Partnership | Compare Partnership Levels |

### Member & Silver Levels

- Access to a virtual marketing support team. Assigned an XBIP Relationship Manager or Channel Manager.
- Access to online support information that will help you develop and execute a business plan.
- Listing of your solution in the Xerox Solutions Catalog.
- Joint business and marketing planning with Xerox.
  - Members: Yearly
  - Silver Level Partners: Semi-annual
  - Gold Level Partners: Quarterly
  - Platinum Level Partners: Monthly

### Gold and Platinum Levels

Gold and Platinum partners get access to all benefits listed above, as well as:

- Access to the Xerox Office and Production Marketing Teams.
- Dedicated Xerox Relationship/Partnership Manager.
- Executive Exchanges to explore strategic and marketing opportunities.

Xerox™

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

## Ready to become a Partner?

**CONTACT US**



## About the Xerox Business Innovation Partner Program

The Xerox Business Innovation Partner program is a world-class, global initiative that connects some of the brightest minds from around the world in an effort to create solutions that extend the functionality of Xerox products and services. By working collaboratively, Xerox and our partners have assembled the industry's most comprehensive array of workflow solutions developed specifically to help improve the way unique companies deal with documents.

DOWNLOAD BROCHURE

## Quick Links

**ConnectKey® Apps**

**Partner with Xerox**

**Print Management Software**

**Xerox Innovation**

## Develop with Xerox



**xerox**

Printers & Supplies | Solutions & Services | Customer Support | Partners

United States | Account | Log In | Shop

Partner Programs > Xerox Captures CRN 5-Star Rating for Robust Global Partner Program

# Xerox Captures CRN 5-Star Rating for Robust Global Partner Program

Top marks distinguish the Xerox® Global Partner Program in The Channel Company's 2020 Partner Program Guide.

The Channel Company's annual Partner Program Guide is the definitive listing of the most rewarding partner programs from technology companies that provide products and services through the IT channel. The 5-Star rating is awarded to an elite group of companies that offer channel partners the best of the best in their partner programs. The 2020 Xerox® Global Partner Program stands among the best technology suppliers in the IT channel, providing maximum value and support for partners.

The Channel Company's 5-Star Rating is based on several factors, including investments in program offerings, partner profitability, partner training, education and support, marketing programs and resources, sales support, and communication. The Xerox Program ticks each box with a new program structure, greater flexibility, and lucrative benefits. An innovative Software Track rewards software activity, and Accreditation certification and new solutions such as Xerox® Intelligent Workplace Services (IWS) support Partners and their clients with more solutions and resources to meet the changing needs of today's businesses.

The 2020 Partner Program Guide will be featured in the April issue of CRN® and online at www.CRN.com/ppg.



**Partner with Xerox**

Partner with the company driving the future of the channel.

Learn more

**Already Registered?**

Channel Partners, log in to the Global Partner Program portal.

Log in now

# Position yourself for growth and a profitable future

APPLY      LOGIN

# Welcome to the Xerox Partner Portal

Position yourself for growth and a profitable future with the Xerox Global Partner Program. (http://xerox.mv.treehousei.com/MVImages/public/global-partner-program/Global-Partner-Program-2021-GPPFS-05UA .pdf)

- Win opportunities with customers of all sizes with a broad product portfolio, from office printers and supplies to enterprise multifunction printers (MFPs) and production printers.

- Solve customer challenges while earning reoccurring revenue with value-add apps, software, and managed print services (MPS).

- Accelerate success with world-class training, tools, support, and financial benefits.

Come grow with us.



## Interested in becoming a partner?

Apply now (register_email.aspx?rt=apply")



## Already a partner?

Login (https://partnerportal.xerox.com/us/common/sso/saml/login.ashx?program=us)

Home (http://www.xerox.com/)    About Xerox (https://www.xerox.com/en-us/about)    Contact Us (contact.aspx)
Careers (https://www.xerox.com/en-us/jobs)    Newsroom (https://www.news.xerox.com/)
Investors (http://news.xerox.com/pr/xerox/investor-relations.aspx)
Privacy (https://www.xerox.com/about-xerox/privacy-policy/enus.html)
Legal (https://www.xerox.com/about-xerox/website-terms-of-use/enus.html)
AdChoices (https://www.xerox.com/en-us/about/privacy-policy#adchoices)

© 2021 Xerox Corporation. All rights reserved. Xerox® and Xerox and Design® are trademarks of Xerox Corporation in the United States and/or other countries.