**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| **XEROX CORPORATION**<br>Defendant. | §<br>§<br>§ | **JURY TRIAL DEMANDED** |

# EXHIBIT 20



OVERVIEW GUIDE

# 2019 XEROX GLOBAL PARTNER PROGRAM
## More Paths to Profit

Take advantage of the 2019 Global Partner Program with more paths to profit, including new solutions offerings, learning opportunities, and more ways to increase demand for your business.

## Program Structure

The award-winning Xerox Global Partner Program (GPP) has been updated for 2019 to provide you with three distinct paths to profit:

- **New program offerings** enable you to bring fresh ideas and solutions to your customers, opening the doors to increased wallet share and long lasting, sticky revenue.

- **Accreditations** create a pathway to developing your Xerox business, leading to more marketability and profit.

- **Increased Demand Generation opportunities** enhance your ability to target your unique services and offerings to customers, driving awareness and demand for your business.



The program aligns across these routes to market:

**Agents**—North American mono-brand specialists and document management experts dedicated to selling Xerox® products and services, including the full range of hardware technology, software and Xerox® Managed Print Services (MPS).

**Document Technology Partners**—A network of dealers authorized to resell Xerox® products and services plus support options that include Xerox® MPS and access to Xerox® technical and solutions support.

**Solution Providers**—Information Technology experts providing a comprehensive IT service portfolio including print services and a full range of Xerox® office printers, MFPs and supplies, and select Xerox® MPS.

**National Partners**—Resellers that carry a broad range of business products and technology including the full range of Xerox® office printers, MFPs and supplies, and select Xerox® MPS.



2019 XEROX GLOBAL PARTNER PROGRAM
OVERVIEW GUIDE

# Benefits grow as your Xerox business grows.

GPP consists of four membership tiers that feature rewards that grow along with your Xerox business. Gain benefits and rewards as you develop advanced sales expertise, engage joint business planning and proactively market Xerox® solutions.



### PLATINUM
Top-tier status with Xerox reflects the broadest range of access to our award-winning Xerox® Product Portfolio, recurring revenue opportunities, and access to the richest rebates and preferred pricing based on revenue criteria. Requirements include:

- All Silver and Gold Tier requirements, enhanced, top-tier revenue goals, and technical and sales training based on two chosen Accreditations.



### GOLD
Benefit from robust rebates on hardware and supplies revenue and added financial benefits over Silver status to grow revenue. Requirements include:

- All Silver Tier requirements, enlarged revenue goals, and technical and sales training based on one chosen Accreditation.

**Note:** Platinum, Gold, Silver and Member Partners need to accept GPP Terms annually and execute program contracts and marketing agreements.



### SILVER
As a Silver partner, you gain access to the Xerox® Standard Office product portfolio and limited standard financial and non-financial program benefits. Requirements include:

- Demonstrated success selling Standard Office Products with an ecommerce web platform, a web presence listing Xerox® products and supplies, and an approved business plan.

- Investment in marketing and business support staff to help promote and sell Xerox® offerings.



### MEMBER LEVEL
This is the entry-point to a Partnership with Xerox. Upon applying to the program, channel partners gain access to the Partner Portal's basic benefits, tools, and other resources. To take advantage of additional support and be eligible for financial benefits, members should aim to achieve Silver status by meeting the next tier's requirements.

# Offerings and Accreditations

In addition to the Core Offerings, the Global Partner Program includes Product and Service Offerings that provide new revenue generating opportunities for you. Add a Xerox Offering to gain competitive advantage, and enhance your reputation by demonstrating the solutions expertise, insight, and experience to address customers' unique business challenges.



### OFFERINGS
- Managed Supplies Services
  - Xerox eConcierge® Service
  - Xerox® PageConnect Services (PCS)
  - Xerox® Partner Print Serives

- Standard Office Printers and Multifunction

- Solutions
  - Apps
  - XMPie®
  - DocuShare®

- Advanced Office Multifunction



### ACCREDITATIONS
- Authorized Service Provider (ASP) Accreditation
- Managed Print Services (MPS) Accreditation
- Marketing and Demand Generation Accreditation
- Production Color Accreditation

2019 XEROX GLOBAL PARTNER PROGRAM
OVERVIEW GUIDE

# Program Benefits

The Xerox Global Partner Program includes benefits specific to your membership tier. The higher your tier in the program, the more benefits you receive.

| | PLATINUM | GOLD | SILVER | MEMBER |
|---|---|---|---|---|
| **GENERAL BENEFITS** | | | | |
| Resale of Xerox® Standard Office devices, post sales services, transactional supplies, Managed Supplies Service | ● | ● | ● | ● |
| Xerox® Software and Solutions including DocuShare® and XMPie® | ● | ● | ● | ● |
| Access to Xerox® Channel Partner Portal: partnerportal.xerox.com | ● | ● | ● | ● |
| Xerox Global Partner Program Branding / Logo Usage | ● | ● | ● | ● |
| Partner Connect marketing communications | ● | ● | ● | ● |
| Track your GPP revenue on the Partner Portal tier dashboard | ● | ● | ● | |
| Dedicated Channel Partner Managers and Account Support | ● | ● | | |
| **TRAINING AND ENABLEMENT** | | | | |
| **NEW!** Accreditation Programs launching throughout the year | ● | ● | ● | |
| Access to sales training modules | ● | ● | ● | ● |
| Xerox Training and Certification Learning Maps (CLPS) | ● | ● | ● | ● |
| Access to Xerox Customer Briefing and Knowledge Centers | ● | ● | ● | ● |
| **SALES AND MARKETING SUPPORT** | | | | |
| Sales Progress Reporting | Weekly | Weekly | Weekly | |
| Sales Rebates | ● | ● | ● | |
| Partner Information Locator at xerox.com | ● | ● | ● | ● |
| Proposal-Based Marketing Development Funds | ● | ● | ● | ● |
| Xerox® Partner Marketing Tools and Xerox® SMART Centre | ● | ● | ● | ● |
| Xerox Xsell Spiff Card Program | ● | ● | ● | |
| Enhanced Co-Op Program | ● | ● | | |
| Self Serve Website Content and Automation | ● | ● | ● | |
| Potential Sales and Marketing Exceptions (SME's) / Bid Support | ● | ● | ● | |
| Xerox® Financial Services Leasing Assistance | ● | ● | ● | |
| Access to Xerox-sponsored industry events and customer entertainment venues | ● | | | |

# With You Every Step of the Way

Count on us to provide you with the the resources, operational tools and enhancements necessary to accelerate your success in the year to come.

For more information, visit **partnerportal.xerox.com**



* Subject to availability by region. Based on membership tier and other eligibility criteria.
©2019 Xerox Corporation. All rights reserved. Xerox® is a trademarks of Xerox Corporation in the United States and/or other countries.  BR25699  GPPFY-01UI

