**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>    Defendant. | §<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 21



# Your Xerox Authorized Agent
## A full service partner who brings you peace of mind

When it comes to your complete document needs, no other provider has access to the full range of Xerox products, contracts and services to solve your unique business issues better than your Xerox Authorized Agent. Your Agent's sales and service technicians are fully trained and equipped to provide you with a seamless experience, whether you are just starting out, expanding your business within your city, or across 50 states, and Puerto Rico and the U.S. Virgin Islands.

### The Broadest Selection of Xerox Products and Solutions
From desktop office printers to iGen4 and 8250 digital printing presses, your Agent can help ensure you get the right solutions for your business needs.

### Flexible Contracts
A range of options suited to the way you run your business make it easier to acquire the Xerox® products you need.

### The Xerox Total Satisfaction Guarantee
Your Agent and Xerox will be there if you ask for help. And, if repair and replacement is required, your Agent will use only the best—Xerox® genuine supplies and parts.

### Partnership You Can Count On
We know you have a business to run and you want someone you can trust, someone who is specialized in satisfying your total document needs. Your Xerox Authorized Agent can be the partner to provide you with peace of mind.



**Authorized Sales Agent**

*Platinum*

**Contact us immediately to better understand how we can address your total document needs.**

|  | Benefits For You | Your Xerox Authorized Agent | Other Resellers |
|---|---|---|---|
| Product | Desktop printers to iGen4 & 8250 digital printing presses | Yes | No |
| Flexible Contracts | Xerox equipment, maintenance & supply contracts that are backed by Xerox terms and conditions | Yes | No |
|  | Xerox financed and managed cost per copy contracts | Yes | No |
|  | Entire range of Xerox Managed Print Services contracts | Yes | Limited |
|  | Xerox Managed Services contracts including Xerox labor | Yes | No |
| Financing | Xerox equipment financing with competitive rates & flexible terms | Yes | No |
|  | Xerox financing with lease terms up to 84 months | Yes | No |
| Operations | Xerox & other Manufacturers' Trade-in accepted | Yes | Confirm with Reseller |
|  | Capability to leverage Xerox for complex, multi-city, and multi-country deployment | Yes | Confirm with Reseller |
| Service and Supplies | Service direct from Xerox for the entire portfolio | Yes | No |
|  | Guaranteed genuine Xerox® supplies and toner in Xerox equipment | Yes | Confirm with Reseller |
|  | Xerox Technical Service provided remote solve for increased uptime | Yes | No |
|  | Peace of mind through Xerox Total Satisfaction Guarantee for the term of the Xerox Equipment Lease (up to 84 months) | Yes | No |
|  | Xerox World class training across the entire portfolio | Yes | Limited |

©2014 Xerox Corporation. All rights reserved. Xerox® and Xerox and Design® are trademarks of the Xerox Corporation in the United States and/or other countries.  NAOFL-04UA