**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>**Plaintiff,** | § § § § | |
| **v.** | § | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| | § § | |
| **XEROX CORPORATION**<br>**Defendant.** | § § | **JURY TRIAL DEMANDED** |

# EXHIBIT 22

(https://www.xerox.com/)

# Xerox Financial Services

Xerox Financial Services streamlines financing for businesses, no matter the size. We can help you get hardware, software, IT services and other office solutions that your business requires.

For our new and valued Partner relationships, your customers can obtain financing on new equipment quickly and easily, allowing you to accelerate

sales. For the customers themselves, it means no hassle payment plans and easy billing options.

## Xerox Financial Services is here to accelerate technology solutions and your financial decisions, so you can focus on what matters most: growing your business.

## Our offerings include:

### A seamless experience

- Near-instant lease processing (thanks to robotic process automation)
- Faster credit decisions, applications, even contract documents via the iLease mobile app
- Simplify your invoices and expense/cash management

### Flexibility for business upgrades

- Add or refresh what you need and adjust payments
- Opex or Capex options to meet your cashflow requirements

 xerox™ (https://www.xerox.com/)

## A data-driven, dynamic support system

- Sales and program assistance to foster growth
- Asset and lifecycle management for business essentials
- Support however you choose: Leverage our Customer Portal or contact our customer support call centers

## A sustainable future for us all

- Xerox Financial Services enables solutions that boost your business innovations while reducing our environmental footprint
- Our offerings maximize reuse and landfill avoidance. We have been pioneers in a Circular Economy

# It's a business that builds on Xerox's strong track record as a leading-edge provider of flexible financing for workplace technology.

**For Channel Partners**

11/28/21, 6:51 PM Case 2:21-cv-00345-JRG-RSP Document 24-22 Filed 12/03/21 Page 5 of 5 PageID #: 596 XFS Office Equipment and Software Financing Services - Xerox

xerox™ (https://www.xerox.com/)

For our channel partners, our value proposition is simple: We help you provide your customers with more options at a time when greater payment flexibility is more important than ever before.

XFS Partners can access a variety of products and solutions that not only maximize sales and revenue opportunities but enable technology upgrades.

Perhaps your business requires one of the various XFS lease options, or bundling any of our services to meet software, supplies, or professional support and development. We're here to facilitate growth, whether you're a small or medium-sized business, an enterprise organization or a government body. Let XFS simplify the process of doing business.

## Existing Channel Partners can access and manage accounts at **iLease.com. (https://ilease.com/)**

**CONTACT US TO BECOME A PARTNER (HTTPS://WWW.XEROX.COM/EN-US/FINANCIAL-SERVICES/CONTACT-US-PARTNERS)**

If Your Business Is Seeking Financing

**About Xerox: Corporate Information (https://www.xerox.com/en-us/about)**

**Ways to Buy (https://www.xerox.com/en-us/about/where-to-buy)**

**Support and Drivers (https://www.support.xerox.com)**

Contact Us (https://www.xerox.com/en-us/about/contact-us) Careers (https://www.xerox.com/en-us/jobs)
Investors (https://www.news.xerox.com/investors) Privacy (https://www.xerox.com/en-us/about/privacy-policy)
Legal (https://www.xerox.com/en-us/about/website-terms-of-use) Cookie Preferences
Site Map (https://www.xerox.com/en-us/site-map)

© 1986 - 2021 Xerox Corporation. All rights reserved. Xerox® is a trademark of Xerox Corporation in the United States and/or other countries.

https://www.xerox.com/en-us/financial-services 4/4