IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| | §<br>§ | |
| XEROX CORPORATION<br>    Defendant. | §<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 23



# Xerox Global Partner Program

## Overview

Helping customers improve productivity, security, and workflows is what we're all about. As a Xerox channel partner, you're an integral part of making that happen. Be assured of our commitment to giving you what you need to succeed.

We've transformed the way we do business with you — moving to one comprehensive partner program, simplifying and automating the partner experience, and supporting your unique value with extended and enhanced performance-based rewards.

The Xerox Global Partner Program is based on three key principles to help you outpace the competition, deliver differentiated value, and win new clients.

- **Expand** with new sources of profitable revenue.
- **Connect** Xerox® technology and managed print with your unique solutions to extend customer ownership and acquire new customers.
- **Innovate** new ways your small business customers can work better.

### Delivering New Value to Partners

Together, we've started on a remarkable journey to bring the vision for our partner program to life. We'll continue to improve and enhance this new, more rewarding partnership.

- **Partner Portal** – The Xerox Partner Portal features include single sign-on and comprehensive integration with sales and marketing enablement systems and tools; mobile-friendly portal access on any device; contemporary, intuitive navigation; dynamic user-tailored content; and self-service capabilities, such as the creation of your custom partner badge or logo to advertise your relationship with Xerox, helping with your sales and marketing efforts.



- **More Rewards** – We're extending and enhancing the training, marketing, and sales benefits—offering differentiated rewards based on performance and improving your bottom line with new growth rebates
- **Ease of Doing Business** – Profit from efficient, simplified processes that make Xerox easier to do business with, and allow both parties to proactively manage metrics that drive mutual growth and customer adoption
- **New Specializations to Help You Differentiate Your Expertise** – We are pleased to introduce new Specializations to help you differentiate your business and gain a competitive advantage. Partner badges highlight your specializations.

# Xerox Global Partner Program
## Overview



## Xerox Partner Portal and Partner Relationship Management (PRM)

All of your Xerox Global Partner Program benefits are delivered via your Partner Portal—custom built, easy to navigate, and it brings together all your online tools into one central location. A single login provides quick and easy access to the resources you need to support the growth of your business.

## Program Structure

The Xerox Global Partner Program unifies program processes and administration to simplify Partners' interactions and make doing business together easier. Benefits rise with the value delivered to your customers and your level of commitment to Xerox.

**Agents** – North American mono-brand specialists dedicated to selling Xerox® products and services. Experts in document management and equipped to provide the full range of hardware technology, software, managed services and financial solutions. Backed by Xerox, they can also deliver post-sales and technical support.

**Solution Providers** – Information Technology experts providing IT-centric solutions to businesses. Partners who provide the full range of Xerox® office printers, MFPs and supplies. They may also sell select Xerox® managed print services.

**Volume Partners** – These resellers are typically web based or phone based, and carry a broad range of business products and technology, including the full range of Xerox® office printers, MFPs and supplies. They may also sell select Xerox® managed print services.

## Membership Tiers

The Xerox Global Partner Program consists of Registered and three membership tiers. Your rewards grow along with the growth of your Xerox business. Gain benefits and rewards as you develop advanced sales expertise, engage in joint business planning and proactively market Xerox® solutions.

**Registered** – The entry-point to a Partnership with Xerox. Upon registration, partners gain limited access to the Partner Portal and access to basic benefits, tools, and other resources. To build an enduring and beneficial partnership and to access the comprehensive benefits of the program, apply and enter at the Silver membership tier.

**Silver** – The first membership tier features access to standard financial and non-financial benefits. Requirements include demonstrated baseline capabilities, signed program agreement, and initial investments in sales and technical training.

**Gold** – At the Gold tier, benefits grow as your Xerox business grows. Gold partners gain access to broader financial and non-financial benefits. Requirements include demonstrated technology expertise, signed program agreement, increased revenue goals, advanced sales and technical training, service expertise and skills development.

**Platinum** – Our top tier, Platinum partners commitment to Xerox is reflected in their top-tier financial and non-financial benefits, with multiple areas of specialization and recurring revenue opportunities. Requirements include demonstrated technology and service expertise, signed program agreement, biggest revenue goals, dedicated resources, extensive sales and technical training, and back office infrastructure.

# Xerox Global Partner Program

## Overview



## Specializations

The Xerox GPP extends the Accreditation and Certification enablement model globally and introduces a Specialization-based model. Add a Xerox Specialization(s) to gain a competitive advantage, enhance your reputation by demonstrating the solutions expertise, insight, and experience to address customers' unique business challenges. The optional Specializations by route to market are:

**Solution Providers:**

- Advanced Managed Print Services
- Personalized Software Applications for Xerox
- Authorized Service Provider
- NMSO Government Access
- Supplies Only

**Volume Partners:**

- Advanced Managed Supplies Services
- Personalized Software Applications for Xerox
- Authorized Service Provider
- NMSO Government Access
- Supplies Only

# Xerox Global Partner Program
## Overview

## Program Benefits

The Xerox Global Partner Program includes benefits specific to your membership tier, designed to help you succeed. The higher the tier you attain in the program, the more benefits you receive.



### Key Benefits

- **Xerox Partner Portal:** Access to exclusive content, information, tools, new Xerox Badge Generator and resources based on route to market and program membership tier.

- **Partner Manager:** Dedicated, shared or regional Xerox contact or sales support team to help facilitate partnership and sales opportunities.

- **Xerox Partner Branding:** Partnership authorization to leverage Xerox brand/badge commensurate with membership tier.

- **Partner Communications:** Opt-in access to partner-exclusive announcements of programs, incentives, events, webinars, and training.

### Selling Benefits

- **Price Discounts**

- **Commissions/Rebates:** Access to compelling sales incentives to help close sales.

- **Xerox® SMART Centre:** Access to sales tools, competitive analysis and comparisons, Product Configurator, Proposal Generator, Office Products & Solutions Selector, and more.

- **Finance and Lease:** Access to financial services and lease options to help mitigate customers' cash flow challenges.

### Training and Enablement Benefits

- **Special Expertise:** Gain in-demand skills and expertise to enhance your competitive advantage and reputation, and to strengthen customer confidence in your ability to solve unique business challenges.

- **Xerox® SMART Centre:** End-to-end field enablement portal with tools that help you shorten sales cycles and improve response time.

- **24/7 eLibrary:** Round the clock access to online technical assets and tools for technical pre-sales requirements and responses.

- **Sales Enablement Support:** Partner designed assets, tools and collateral for partner sales and marketing education.

- **Training Certification:** Guide assistance for training curriculum. Get the skills and knowledge you need to address your customers' document technology challenges quickly and efficiently.

### Marketing Benefits

- **Market Development Funds (MDF):** Funds to assist our most strategic partners to grow their Xerox business. Eligibility and support based on membership tier.

- **Partner Locator:** Xerox website referrals based on partner location.

- **Demand Generation:** Comprehensive resources, such as customizable email marketing campaigns and collateral, to simplify partner marketing efforts to generate sales leads, grow awareness and nurture prospective customers with value-added content.

- **Website Syndication:** Evergreen content automatically syndicated for your website. Ensure current, accurate information is available to customers to gain leads and contact you. Includes search engine optimization and links from xerox.ca to your site.

- **Social on Demand:** Enhance your presence on social platforms.

# Xerox Global Partner Program
## Overview

### What's Next

For more about program benefits and requirements, current Xerox Partners are invited to visit the new Partner Portal at:

partnerportal.xerox.com/ca

Contact your Partner Manager to learn more or call 1-800-835-6100 to be put in contact with your Partner Manager.

New partners can apply to become Registered at:

partnerportal.xerox.com/ca

Once accepted, you'll gain access to the Partner Portal and details on how you can advance through the membership tiers to grow your business relationship with Xerox and gain enhanced benefits.

### About Xerox

Since the invention of Xerography more than 75 years ago, the people of Xerox (NYSE: XRX) have helped businesses simplify the way work gets done. Today, we are the global leader in business process and document management, helping organizations of any size be more efficient so they can focus on their real business. Headquartered in Norwalk, Conn., we have more than 140,000 Xerox employees and do business in more than 180 countries, providing business services, printing equipment and software for commercial and government organizations. Learn more at xerox.ca.

  





©2016 Xerox Corporation. All rights reserved. Xerox® and Xerox and Design® are trademarks of Xerox Corporation in the United States and/or other countries. Xerox Canada Ltd. is the licensee of all trademarks.  BR17470  GPPFY-03CB