**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC<br>    Plaintiff, | § § § § | |
| v. | § § § | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| XEROX CORPORATION<br>    Defendant. | § § § | JURY TRIAL DEMANDED |

# EXHIBIT 24



# Xerox Channel Partner Program Adds More Dealers

APR 25, 2018 — PRINTING, COPYING, MULTIFUNCTION, SOFTWARE, SOLUTIONS, MANAGED PRINT SERVICES

**NORWALK, Conn.** — Xerox continues to add multi-brand dealers to its channel partner program, most recently inking UBEO in Austin, Texas, and Seattle-based Kelley Imaging Systems.

Both dealers cite Xerox's 29-device ConnectKey® portfolio and personalized app-building capabilities as key drivers of the partnership. Each employs talent familiar with app development, and plans to expand their app building, marketing and selling capabilities.

"More resellers are interested in selling the full scope of the Xerox portfolio, allowing them to enter new markets, earn new customers and grow their businesses in new areas – particularly in personalized apps," said James Morrissey, vice president, Sales, Document Technology Partners, US Channels Unit, Xerox.

**Value Added with Open Architecture and Production Portfolio**
UBEO was founded with a commitment to bringing best-in-class solutions and applications to its customers.

"Carrying the Xerox line offers a great deal of potential for our business," said Jim Sheffield, CEO, UBEO. "We've seen the investment and resources Xerox has committed to the dealer channel, and last year's massive product launch triggered us to become more intrigued in the brand."

Kelley Imaging Systems provides printing equipment and services to companies across the Pacific Northwest. The company has grown from 32 to 200 employees in the last eight years, across 18 branches in three states. With Xerox, they have added production print devices to their offerings for the first time.

"We're now able to offer customers a full product lineup from one vendor," said Brian Woodman, vice president, Sales, Kelley Imaging Systems. "We aim to be a total solution provider, and Xerox has made it easy for us to differentiate ourselves and stand out from the competition."



**Xerox's Dealer Base Continues to Grow**
Last year, Xerox signed more than 50 new document technology partners in the United States and Western Europe, and will add a similar number of new partners in 2018. The addition of multi-brand

dealers contributes to Xerox's strategy to seize a larger share of the expanding small- and medium-size business market.

Prospective partners can learn more at www.xerox.com/en-us/about/partner-programs.

**About Xerox**

Xerox Corporation is a technology leader that innovates the way the world communicates, connects and works. We understand what's at the heart of sharing information – and all of the forms it can take. We embrace the integration of paper and digital, the increasing requirement for mobility, and the need for seamless integration between work and personal worlds. Every day, our innovative print technologies and intelligent work solutions help people communicate and work better. Discover more at www.xerox.com and follow us on Twitter at @Xerox.

-XXX-

Contact Us    Careers    Investors    Privacy    Legal    Cookie Preferences    Site Map

© 1986 - 2021 Xerox Corporation. All rights reserved. Xerox® is a trademark of Xerox Corporation in the United States and/or other countries.