**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK<br>VENTURES, LLC<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIV. A. NO. 2:21-cv-0345-JRG-RSP |
| | §<br>§ | |
| XEROX CORPORATION<br>    Defendant. | §<br>§ | JURY TRIAL DEMANDED |

# EXHIBIT 28

    

**Deadline Approaching -** Pepperdine's online Master of Legal Studies program:



 

## Experience


**Technical Instructor**
Xerox · Full-time
Mar 2021 - Present · 9 mos
San Antonio, Texas, United States


**Learning And Development Specialist**
Dahill Office Technology
Jun 2018 - Mar 2021 · 2 yrs 10 mos
San Antonio, Texas


**Learning And Development Specialist**
Xerox Business Solutions Southwest
Jun 2018 - Mar 2021 · 2 yrs 10 mos
San Antonio, TX, United States


**Security Specialist/Academy Military Trainer**
United States Department of Defense
Nov 1997 - Nov 2018 · 21 yrs 1 mo
U S A F Academy, Colorado


**Short video about the Academy Military Trainers**
(Video // Andrew Arthur Breese) Sitting in his office at the U.S. Air Force Academy in Colorado Springs,...


**Academy Military Trainer**
United States Air Force
Nov 1997 - Nov 2018 · 21 yrs 1 mo
Colorado Springs, Colorado Area

## Education


**Lewis University**
2010 - 2013

## Skills

Customer Service · 4



Home   My Network   Jobs

### Leadership · 3

Endorsed by 2 colleagues at United States Air Force

### Military · 2

Endorsed by 2 colleagues at United States Air Force

See all 11 skills

## Recommendations

**Received**   Given



**Jason Austin, Vet, ITILv4, SEC_Plus, BSIT, SCI** · 3rd
Driven to positively affect change
February 5, 2019, Jason worked with Scott on the same team

There are very few people that have an internal drive to deliver the best product, on the first try like Scott Borlinghaus. Any time we were paired together on teams at the Air Force Academy, I knew it was truly going to be team effort. My only stressor was a healthy one: professional/prideful

## Interests

**Influencers**   Companies   Schools



**Dylan Tweney** · 3rd
Editor in Chief at Highwire PR
592,228 followers

+ Follow



**Daniel Goleman** · 3rd
Host of First Person Plural: Emotional Intelligence and Beyond
5,667,547 followers

+ Follow



4

Home    My Network    Jobs

Promoted



**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases now!

**Master's for Nonlawyers**
Earn a Master of Legal Studies online: New from Pepperdine Law.

Learn more    Learn more

## People Also Viewed



**Kory McLaughlin, CPO, PMC** • 3rd+
Project Manager | United States Air Force

Message



**Jane Johnson** • 3rd in
Strategic Account Manager at Xerox Business Solutions Southwest

Message



**Jennifer Borlinghaus, M.B.A.** • 3rd
Subject Matter Expert at Trinity University

Message



**Evie Mayhorn** • 3rd+
Shipping/Parts Specialist at Xerox Business Solutions Southwest

Message



**Spencer Dale** • 3rd
SLG Trainer at Xerox Business Solutions Southwest

Message

Show more ⌄

## People you may know

 

Home   My Network   Jobs

Civil litigation attorney with over 25 years of experience

Connect



**Stanford Parrish**
-

Connect



**D. Todd Smith**
Civil Appellate Specialist | Podcaster and Blogger | State Bar Director | Austin Bar Past-President | You sway juries; I convince courts.

Connect



**Ned Gill, III**
Owner at Gill Law

Connect



**Johnathan Stone**
Assistant Attorney General at Texas Attorney General

Connect

Show more ⌄

 LEARNING

Add new skills with these courses, free for 24 hours



The Eight Essential People Skills for Project Management (Blinkist Summary)

28,780 viewers



Communicating with Confidence

1,068,069 viewers



Building an Integrated Online Marketing Plan

83,206 viewers

Show more on LinkedIn Learning



    

**Family Lawyer Wanted** - Seeking an experienced family lawyer for overflow. View



James Reasor · 3rd
Training Specialist at Xerox

- Xerox
- Tampa Tech

San Antonio, Texas, United States · Contact info

500+ connections

Message    More

About

"Passion comes after you put in the hard work to become excellent at something valuable, not before. In other words, what you do for a living is much less important than how you do it."
Cal Newport



Activity
511 followers

+ Follow

Commented · 1d ·
Bryan this world suffers from a severe shortage of love! Thank you for sharing that.

 

4

Home     My Network     Jobs

See all activity

## Experience



**Training Specialist**
Xerox
Feb 2017 - Present · 4 yrs 10 mos
San Antonio, TX, United States



**Dahill Office Technology**
4 yrs 10 mos
San Antonio, Texas

**Training Specialist**
Jan 2018 - Present · 3 yrs 11 mos

Develop and deliver IT and product training for service department

**Color Production Specialist**
Feb 2017 - Jan 2018 · 1 yr

**Systems Analyst**
IBT Inc
Jun 2011 - Feb 2017 · 5 yrs 9 mos
San Antonio, Texas Area

As service analyst I oversee field activities and coordinate service calls to assure we meet our 2.5 hour response time. In addition to that I l …see more



**Trainer**
Sharp Electronics
Jul 1999 - May 2011 · 11 yrs 11 mos
Charlotte, North Carolina Area

Perform all technical training for a staff of between 50-100 techs. In addition assist other branches and dealers with training needs including p …see more

## Education

**Tampa Tech**
Industrial Electonics
1985 - 1988

   Home   My Network   Jobs

## Licenses & certifications

 **Enabling Features in the Embedded Web Server To enable services and options in the Embedded Web Server**
ServiceNow
Issued Sep 2020 · No Expiration Date

 **Fiery 301 - Color Consistency and Color Accuracy**
EFI
Issued Jun 2020 · No Expiration Date
Credential ID 3c0a4710-c4d4-36de-bc6a-bc5a42313dc1

See credential

 **Technician Learning Path**
EFI
Issued May 2020 · No Expiration Date
Credential ID 2eccd3bc-08a1-39bd-925d-4faacd20fc32

See credential

See all 13 licenses & certifications

## Volunteering

 **Gardian Ad Litem/CASA volunteer**
Charlotte Gardian Ad Litem, San Antonio CASA
Jan 2004 - Jun 2012 · 8 yrs 6 mos

To be an advocate for Children in the foster care system. Very rewarding and challenging

## Skills

**Printers** · 24

**Document Management** · 24

 Endorsed by 6 people who know the skill

 

Home    My Network    Jobs

Endorsed by 2 colleagues at Sharp Electronics Corporation USA

See all 38 skills

## Recommendations

**Received**    Given



**Shawn Brainard** · 3rd
Administrator, Director of Business Development and Technology Implementation at Long Term Care of America-VA, Inc.
April 19, 2013, Shawn worked with James but on different teams

James was always a pleasure to work and collaborate with on continued business development and IT strategies. A true professional in every sense of the word. His meticulous attention to detail and technical expertise are only two of his finest qualities. Having worked together on nume ...see more

## Interests

**Influencers**    Companies    Groups    Schools

**Daymond John** in · 3rd
CEO of FUBU and The Shark Group, TV Personality on ABC Shark Tank, Public Speaker
2,400,689 followers

+ Follow

**Chester Elton** in · 3rd
Author of "Anxiety at Work" & "Leading with Gratitude", Member Marshall Goldsmith 100 Coaches, Executive Coach, Keynote Speaker, and Founder of the #findyourgratitude Community
625,671 followers

+ Follow

See all 25 influencers

Promoted    ...

                                                                               4   Home   My Network   Jobs


for overflow. View cases today!    >


Deadline Approaching
Pepperdine's online Master of Legal Studies program: No GRE/LSAT required.    >

Need to Hire?
Let ZipRecruiter find you great candidates fast. Try posting jobs for FREE!    >

## People Also Viewed


**Ms Kanysha** • 3rd
Business office Manager at Right Cloud Solutions

Connect


**Ceila Garcia** • 3rd
CyberSecurity Professional

Message


**Natalia R.** • 3rd
Talent & Culture Associate at Exiger

Message


**Kenny Huynh** • 3rd
Currently growing with Zachry Group as an IT User Support specialist. Always seeking challenges to gain experience and knowledge to further my IT career.

Message


**Andrew Lorbieski** • 3rd
Operations Processor II at Frost Bank

Connect

Show more ⌄

## People you may know


**Aimee Tafreshi**
Civil litigation attorney with Oil & Gas experience

 

Home   My Network   Jobs   4



Stamford Parrish

Connect



D. Todd Smith

Civil Appellate Specialist | Podcaster and Blogger | State Bar Director | Austin Bar Past-President | You sway juries; I convince courts.

Connect



Ned Gill, III
Owner at Gill Law

Connect



Johnathan Stone
Assistant Attorney General at Texas Attorney General

Connect

Show more

 LEARNING

Add new skills with these courses, free for 24 hours



The Eight Essential People Skills for Project Management (Blinkist Summary)

28,780 viewers



Communicating with Confidence

1,068,069 viewers



Building an Integrated Online Marketing Plan

83,206 viewers

Show more on LinkedIn Learning