**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | **CIV. A. NO. 2:21-cv-0345-JRG-RSP** |
| **XEROX CORPORATION**<br>　　Defendant. | §<br>§<br>§ | **JURY TRIAL DEMANDED** |

# EXHIBIT 31

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC | § § | |
| v. | § § | Case No. 2:21-cv-345-JRG-RSP |
| XEROX CORPORATION | § § | |

## DECLARATION OF AMIT SINGHAL

1. My name is Amit Singhal. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my knowledge and are true and correct. I am not being compensated for providing this declaration.

2. I am a named inventor on United States Patent No. 7,092,573, which I understand is asserted in this case.

3. My current residence is 134 Stone Road, Pittsford, New York 14534. I am willing to travel to Texas to provide testimony and attend trial if requested by either Monument Peak Ventures, LLC or Xerox Corporation.

4. I understand that if I appear to testify, I will receive reasonable compensation for my time and travel expenses from Monument Peak Ventures, LLC. I am familiar with the cost of traveling to Texas because I have several family members that reside in Dallas, Texas. I regularly travel to Dallas, Texas to visit my family members, usually for a few weeks at a time.

5. I currently work remotely and frequently travel with my wife. Traveling to Texas to provide testimony and attend trial would not be an inconvenience for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 2nd day of December 2021.

_____
Amit Singhal