**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>    Plaintiff,<br><br>v.<br><br>**XEROX CORPORATION**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIV. A. NO. 2:21-cv-0345-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT 32

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC § | |
| § | |
| v. § | Case No. 2:21-cv-345-JRG-RSP |
| § | |
| XEROX CORPORATION § | |

### DECLARATION OF JIEBO LUO

1. My name is Jiebo Luo. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my knowledge and are true and correct.

2. I am a named inventor on United States Patent No. 7,092,573. My current residence is <u>5 Tippet Way, Pittsford, NY 14534</u>.

3. I am willing to travel to Texas to provide testimony and attend trial if requested by either Monument Peak Ventures, LLC or Xerox Corporation. I understand that if I appear to testify, I will receive reasonable compensation for my time and travel expenses from Monument Peak Ventures, LLC.

4. Traveling to Texas to provide testimony and attend trial would not be inconvenient for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the <u>2nd</u> day of December 2021.

_____
Jiebo Luo