**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC, | |
| Plaintiff, | Civil Action No. 2:21-cv-345 |
| v. | |
| XEROX CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL**

Before the Court is Defendant Xerox Corporation's unopposed motion to substitute lead counsel.  Having considered the motion, the Court is of the opinion that it should be and hereby is GRANTED.

Accordingly, it is ORDERED that Andrew Perito with the firm Durie Tangri LLP is designated as lead counsel for Defendant Xerox Corporation.